## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**LUIS M. RODRIGUEZ,**

      **Plaintiff,**                **CASE NO. 8:18-cv-01922-EAK-CPT**

**vs.**

**ALLIED INTERSTATE, LLC,**

      **Defendant.**
_____/

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff, Luis M. Rodriguez, hereby dismisses the above-captioned action with prejudice, each party to bear their own attorneys' fees and costs.

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

                              Respectfully submitted,

                              /s/ *Jon Dubbeld*_____
                              Jon P. Dubbeld, Esq.
                              Fla. Bar No. 105869
                              Berkowitz & Myer
                              4900 Central Ave
                              St. Petersburg, Florida 33707
                              Telephone:  (727) 344-0123
                              Jon@berkmyer.com
                              *Attorneys for Plaintiff*